IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 1 2 2012
J. T. NOBLIN, CLERK
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 5:12cr16 DCB-FKB

PAULETTE McCLURE                                        18 U.S.C. § 513(a)
                                                        29 U.S.C. § 501(c)

**The Grand Jury charges:**

COUNT 1

That from on or about September 21, 2009, and continuing through on or about March 24, 2010, in Claiborne County in the Western Division of the Southern District of Mississippi, and elsewhere, the defendant, **PAULETTE McCLURE**, did knowingly possess with the intent to deceive another person or organization, approximately thirty-three (33) forged securities in the form of checks belonging to United Government Security Officers of America (USGSOA), Local 36, an organization in the State of Mississippi, in violation of Sections 513(a) and 2, Title 18, United States Code; and

COUNT 2

That from on or about September 21, 2009, and continuing through on or about March 24, 2010, in Claiborne County in the Western Division of the Southern District of Mississippi, and elsewhere, the defendant, **PAULETTE McCLURE**, while serving as an officer for the United Government Security Officers of America, Local Union 36, Pattison, Mississippi, a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code, did embezzle, steal, and unlawfully and willfully abstract and

1

convert to her own use or to the use of another the sum of approximately $8,166.13 of the monies, funds, securities, property and other assets of said labor organization by writing and negotiating checks payable to herself, to cash, and to third party non-members, all in violation of Sections 501(c) and 2, Title 29, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 12th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE